UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
MAY 22 2024
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 2:24-cr-00008-JRS-CMM |
| ) | |
| NICHOLAS WHEELER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### Background

At all times relevant to this Indictment:

1. From on or about March 14, 2024, and up to and including the present date, Defendant NICHOLAS WHEELER resided in the Northern District of California.

2. Victim #1, Victim #2, Victim #3, Victim #4, and Victim #5 resided and/or worked in the Southern District of Indiana.

3. Indiana State University (ISU) was a public university in Terre Haute, Indiana, in the Southern District of Indiana.

4. From approximately August 2018 to August 2023, WHEELER attended ISU. WHEELER participated in ISU's Aviation Program.

5. In or around 2022, Victim #1, an attorney, represented WHEELER in a criminal legal matter in Vigo County, Indiana.

6. From approximately August 2021 to February 2023, Victim #2, an attorney, represented WHEELER in a civil legal matter in Vigo County, Indiana.

7. Victim #3, Victim #4, and Victim #5 were instructors/professors in ISU's Aviation and Technology Department.

8. In late 2023, WHEELER stopped attending his classes at ISU.

<u>COUNTS 1 through 4</u>
Transmitting Extortionate Threats via Interstate Commerce
18 U.S.C. § 875(b)

9. Paragraphs 1 through 8 of this Indictment are incorporated by reference as though fully set forth herein.

10. Beginning on or about March 16, 2024, and through March 17, 2024, in the Southern District of Indiana and elsewhere, the defendant, NICHOLAS WHEELER, knowingly and with the intent to extort money from Victim #1, Victim #2, Victim #3, and/or Indiana State University, did transmit in interstate commerce the following communications which contained a threat to injure Victim #1, Victim #2, Victim #3, and/or individuals at Indiana State University:

| Date | Time | Victim(s) | Content |
| --- | --- | --- | --- |
| March 16, 2024<br><br>[Count 1] | 11:41 PM | ISU | I TOLD YOU 72HOURS TO GIVE ME MY MONEY. Indiana state university. Not joking. You better fucking investigate my rape and chemical castration immediately. USDT ETHERUM ADDRESS 0x5d4b653c80052716df2fb06ae28e24fe8a142f40. SEND 500K |
| March 17, 2024<br><br>[Count 2] | 8:27 PM | Victim #1<br>Victim #2<br>ISU | I'm coming back to Terre Haute. [Victim #1] [Victim #2]. Judge. Go ahead and empty your life savings and send it to me. Ask the president of the university to do it also. I want everything you guys have. I'm coming for blood Indiana state university. |

| Date | Time | Victim(s) | Content |
|---|---|---|---|
| March 17, 2024<br><br>[Count 3] | 8:29 PM | ISU | Your college let me get ran over raped drugged and sterilized by nurses. Empty your bank accounts and sell your houses to give me money. I'm coming to take souls. |
| March 17, 2024<br><br>[Count 4] | 9:29 PM | Victim #1<br>Victim #2<br>Victim #3 | HEY [Victim #1], [Victim #2], and [Victim #3] IM COMING TO TAKE YOUR SOULS. DO YOU HAVE MY FUCKING $500K??? CLOSED CASKET FUNERALS. |

All in violation of Title 18, United States Code, Section 875(b).

COUNTS 5 through 7
Transmitting Threats via Interstate Commerce
18 U.S.C. § 875(c)

11.  Paragraphs 1 through 8 of this Indictment are incorporated by reference as though fully set forth herein.

12.  On or about March 17, 2024, in the Southern District and elsewhere, the defendant, NICHOLAS WHEELER, knowingly did transmit in interstate commerce the following communications which contained a threat to injure Victim #1, Victim #2, Victim #3, Victim #4, and/or Victim #5:

| Date | Time | Victim | Content |
|---|---|---|---|
| March 17, 2024<br><br>[Count 5] | 1:57 AM | Victim #1<br>Victim #2<br>Victim #4<br>Victim #5 | I was even ran over by a fucking nurse. That is how I know I was put in mk ultra. You guys aren't clever I'm taking souls. [Victim #5], [Victim #4] … [Victim #1], [Victim #2]. |

| Date | Time | Victim(s) | Content |
|---|---|---|---|
| March 17, 2024 [Count 6] | 11:48 AM | Victim #4 Victim #5 | My ex girlfriend had a baby and had me raped in my apartment and they won't investigate it because she's rich and paid off someone. Most likely a fed or detective. I know [Victim #4] had something to do with it and [Victim #5]. Im gonna come back and punish you. |
| March 17, 2024 [Count 7] | 12:05 PM | Victim #3 | Also [Victim #3]. You think I'm not gonna punish you at all. You think you're gonna talk shit about me. Locked me out of flight academy after having me raped. .338 |

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Jordan Oliver
Assistant United States Attorney
WLM