UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
MAY 2 2 2024
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Cause No. 2:24-cr-00008-JRS-CMM |
| NICHOLAS WHEELER, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-4 | 18 U.S.C. § 875(b) Transmitting Extortionate Threats via Interstate Commerce | NMT 20 | NMT $250,000 | NMT 3 Years |
| 5-7 | 18 U.S.C. § 875(c) Transmitting Threats via Interstate Commerce | NMT 5 | NMT $250,000 | NMT 3 Years |

Dated: _____

_____
Nicholas Wheeler
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana