**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:24-cr-00008-JRS-CMM |
| | ) | |
| NICHOLAS WHEELER, | ) | |
| | ) | |
| Defendant. | ) | |

## **STATUS REPORT**

Comes now, Defendant Nicholas Wheeler by counsel, and pursuant to this Court's Order dated May 29, 2024, defendant respectfully submits the following status report regarding a detention hearing:

1. At the initial hearing on May 29, 2024, the government moved for detention. This Court gave the defense 45 days to provide the Court with a status report on the issue of detention. Since May 29, undersigned counsel and the mitigation specialist have received and reviewed hundreds of pages of records and interviewed numerous people. Mr. Wheeler has been seen in person and on video.

2. At this point, undersigned counsel has concerns as to Mr. Wheeler's competency to stand trial. An evaluation is set for the first week of August. After the conclusion of that evaluation, counsel will inform the Court as to whether a detention hearing will be needed. Counsel has spoken to the government regarding this and they have no objection.

Respectfully submitted,

*Joseph M. Cleary*
Joseph M. Cleary
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on July 15, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court=s electronic filing system. Parties may access this filing through the Court=s system.

*Joseph M. Cleary*
Joseph M. Cleary